HERBERT GERDAU 269117
15708 McConnelsville Rd
Caldwell, Ohio 43724

COLUMBUS OH 430
29 SEP 2021 PM 1 L

UNITED STATES District Court
85 Marconi Blvd
Columbus, Ohio 43215

43215-282399