UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HERBERT G. GERDAU,**

    **Plaintiff,**

    v.

**CAMBRIDGE CITY POLICE,** *et al.***,**

    **Defendants.**

Case No. 2:21-cv-4152
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 21, 2021.  (ECF No. 8.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  (*Id*.)  For the reasons set forth in the Report and Recommendation, the Plaintiff's claims against Defendant Officer James are **DISMISSED**.  (ECF Nos. 2, 8.)  Plaintiff may proceed, however, on his remaining Fourth Amendment individual-capacity claims against Defendants Officers Castro and Eubanks.

This case is to remain open on the docket of this Court.

    **IT IS SO ORDERED.**


**11/15/2021**                                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**